1044

CHICAGO TITLE INSURANCE CO., *Respondent*, v. LARRY J. LANDRY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-04056-6, Peter Jarvis, J., entered November 19, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Agid, JJ.

MARKET NORTHWEST, INC., *Appellant*, v. GRAND SOFT EQUIPMENT CO., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-18634-0, Brian D. Gain, J., entered January 22, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06101-2, Donald D. Haley, J., entered January 23, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

BBG GROUP, LLC, *Appellant*, v. THE CITY OF MONROE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-06481-0, James H. Allendoerfer, J., entered September 9, 1998. *Dismissed* by unpublished per curiam opinion. Now published at 96 Wn. App. 517.